# EXHIBIT 6

| Defense Firms | Case Name | Citation | Paralegals' Fee Range | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|---|
| Baker & McKenzie, LLP | In re Nova Holding Clinton County, LLC, et al., Debtors, No. 09-11081 (KG)<br><br>In re: Worldspace, Inc., et al., Debtors, No. 08-12412 (PJW) | 2009 WL 4060755 (Bankr. D. Del.) (March 2009)<br><br>2008 WL 7947183 (Bankr. D. Del.) (Nov. 2008) | $175 -$225 | $310 - $450 | $510 - $800 |
| Cooley LLP | Velo Holdings Inc., Debtor, No. 12-11384-mg | (S.D.N.Y.) 04/26/2012 Dkt. No. 102 | $255 | $445 - $630 | $660 - $895 |
| Fulbright & Jaworski, LLP | In re: The Connaught Group, Ltd., et al., Debtors, No. 12-10512 | (S.D.N.Y.) 02/09/2012 (Dkt. No. 13) | $210 - $395 | $300 - $775 | $505 - $955 |
| K&L Gates, LLP | In re: The Brown Publishing Company, et al., Debtors, No. 10-73295 | (E.D.N.Y.) 07/22/2011 (Dkt. No. 942) & 8/31/2011 (Dkt. No. 968) | $175 - $325 | $280 - $595 | $420 - $995 |
| Katten Muchin Rosenman LLP | In re: Cadence Innovation LLC, et al., Debtors, No. 108BK11973 | 2009 WL 4875749 (Bankr. D. Del.) (Feb. 2009) | $225 - $245 | $365 - $410 | $475 - $625 |
| Kirkland & Ellis, LLP | In re: FV Steel and Wire Company, Et al., Debtors, No. 04-22421<br><br>In re: Kimball Hill, Inc., et al., Debtors, No. 08-10095<br><br>In re: The Majestic Star Casino, LLC, et. Al., Debtors, No. 09-14136-KG | 2005 WL 1668583 (Bankr. E.D. Wis.) (Apr. 2005)<br><br>2009 WL 5146110 (Bankr. N.D. Ill.) (July 2009)<br><br>(Bankr. D. Dela.) 02/09/2012 (Dkt. No. 1428) | $140 - $305 | $295 - $565<br><br>$380 - $640 | $495 - $915<br><br>$625 - $995 |
| Latham & Watkins, LLP | In re: November 2005 Land Investors, LLC, Debtor, No. BK-S-09-17474-MKN | 2009 WL 4835036 (Bankr. D. Nev.) (Oct. 2009) | $260 - $280 | $530 - $665 | $925 - $995 |
| Sullivan & Cromwell, LLP | In re: CIT Group Inc. and CIT Group Funding Co. of Delaware LLC, Debtors, No. 09-16565 (ALG) | 2010 WL 354151 (Bankr. S.D.N.Y.) (Jan. 2010) | $305 | $305 - $950 | $850 - $965 |
| Weil, Gotshal & Manges LLP | In re Aleris International, Inc., et al., Debtors, No. 09-10478 (BLS) | 2009 WL 4395869 (Bankr. D. Del.) (Feb. 2009) | $110 - $290 | $325 - $700 | $745 - $1,165 |

| Plaintiffs' Firms | Case Name | Citation | Paralegals' Fee Range | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman LLP | In re The Mills Corporation Securities Litigation, No 1:06-cv-00077 (LO-TRJ) | (E.D. Va.) 11/12/2009 (Dkt. No. 478-12) | $190 - $275 | $310 - $690 | $600 - $895 |
| Grant & Eisenhofer P.A. | In re Refco, Inc. Securities Litigation, No. 05-cv-08626 (JSR) | (S.D.N.Y.) 9/22/2010 (Dkt. No. 738-5) | $75 - $225 | $250 - $620 | $650 - $845 |
| Labaton Sucharow LLP | In re Healthsouth Corporation Securities Litigation, No. 2:03-cv-01500-KOB-TMP | (N.D. Ala.) 07/01/2010 (Dkt. No. 1690) | $220 - $290 | $490 - $590 | $625 - $865 |
| Lieff Cabraser Heimann & Bernstein, LLP | McLennan, et al v. LG Electronics USA, Inc., No. 2:10-cv-03604-WJM-MF | (D.N.J.) 11/21/2011 (Dkt. No. 42 Exhibit B) | $225 - $270 | $415 | $475 - $675 |
| Robbins Geller Rudman & Dowd LLP | In re Healthsouth Corporation Securities Litigation, No. 2:03-cv-01500-KOB-TMP | (N.D. Ala.) 07/01/2010 (Dkt. No. 1689) | $285 - $295 | $355 - $695 | $605 - $825 |