UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re GEROVA FINANCIAL GROUP, LTD. SECURITIES LITIGATION | No. 11 MD 2275-SAS |
| | ECF CASE |

---

| | |
|---|---|
| JACK J. HAFIF, ET AL., Individually and On Behalf of All Others Similarly Situated, | No. 11-CV-03564-SAS |
| Plaintiffs, | ECF CASE |
| vs. | |
| GEROVA FINANCIAL GROUP, LTD., ET AL., | |
| Defendants. | |

---

**NOTICE OF WITHDRAWAL OF APPEARANCE OF IRINA KOBYLEVSKY**

PLEASE TAKE NOTICE that Irina Kobylevsky has left the employment of Kaplan Fox & Kilsheimer LLP. Counsel for plaintiffs in the above captioned matters respectfully request that her appearance be withdrawn. The firm of Kaplan Fox & Kilsheimer LLP will continue to serve as counsel for Plaintiffs.

Dated: May 22, 2014                KAPLAN FOX & KILSHEIMER LLP

*/s/ Donald R. Hall*
Donald R. Hall
850 Third Avenue, 14th Floor
New York, New York 10019
Tel: (212) 687-1980
Fax: (212) 687-7714

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                    */s/ Donald R. Hall*
                    Donald R. Hall